UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD KNORR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:12CV00998 AGF |
| ) | |
| THE PRUDENTIAL INSURANCE ) | |
| COMPANY OF AMERICA, et al., ) | |
| ) | |
| Defendants ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's motion to conduct basic discovery under the Employment Retirement Income Security Act, 29 § C.F.R. 2560.503-1(h)(2)(iii), as well as discovery into Defendants' possible conflict of interest under *Metro. Life Ins. Co. v. Glenn*, 554 U.S. 105 (2008).  Defendants have not opposed the motion, and the time to do so has expired.  Accordingly, for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's unopposed Motion to Conduct Discovery, to the extent noted above, is **GRANTED**. (Doc. No. 17.)  Defendants remain free to object to any specific discovery requests that Plaintiff may propound.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 10th day of December, 2012.